TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00030-CV

Mary Vasquez and Isaac Vasquez, Appellants

v.

San Marcos Factory Store Ltd. and Prime Group, Inc. d/b/a

Prime Investments, Inc., Appellees

FROM THE DISTRICT COURT OF HAYS COUNTY, 274TH JUDICIAL DISTRICT

NO. 93-0849, HONORABLE DON B. MORGAN, JUDGE PRESIDING 

PER CURIAM

 The parties have filed an agreed motion to dismiss this appeal. Tex. R. App. P. 
42.1(a)(1). The motion is granted. 

 The appeal is dismissed.

Before Chief Justice Carroll, Justices Jones and Kidd

Appeal Dismissed on Agreed Motion

Filed: September 11, 1997

Do Not Publish